UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN THE MATTER OF | ) |
| | ) |
| CHRISOVALANTI TSIMALIS | ) CHAPTER 13 CASE NO.  05-68635 |
| | ) |
| DEBTOR | ) |

**NOTICE FOR DEPOSIT OF FUNDS**
**INTO U. S. TREASURY FUND 106000**

    Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit the amount of $14.61 into U. S. Treasury Fund 106000 for the following reasons:

1. That the debtor herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.
2. That the debtor's case was completed in March 2010 and a refund check was sent to the Debtor in the amount of $14.61 in April, 2010.
3. To date the check remains uncashed.

    WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $14.61 into U.S. Treasury Fund 106000 on behalf of Debtor, Chrisovalanti Tsimalis, whose last known address was 2856 DeKalb Street, Lake Station, IN 46405..

                                            **/s/    Paul R. Chael**
                                            Paul R. Chael, Trustee
                                            Indiana Attorney #3881-45

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing Notice was sent electronically on July 19, 2010 to the attorney for the debtor and the United States Trustee and to the debtor at **2856 DeKalb Street, Lake Station, IN 46405.**

                                            /s/   Paul R. Chael
                                            Paul R. Chael, Chapter 13 Trustee
                                            401 W. 84th Drive, Suite C
                                            Merrillville, IN 46410
                                            (219) 650-4015